# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PAUL R. NIXON, )  )  Plaintiff ) )  v.  ) )  JO ANN BARNHART, ) Commissioner of Social Security, )  )  Defendant ) | Civil No.   05-193-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 12) filed June 1, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the decision of the commissioner is VACATED and the case is REMANDED for further proceedings consistent with the Recommended Decision (Docket No. 12).

  /s/ George Z. Singal
Chief United States District Judge

Dated this 21st day of June, 2006.